John Speed ELLIOTT, etc., et al., Appellants, v. Guy A. THOMPSON, Trustee, Missouri-Pacific Railroad Company, Debtor.

No. 14024.

United States Court of Appeals
Eighth Circuit.

Sept. 5, 1950.

Forest P. Tralles, Fred J. Hoffmeister, Carroll C. Gilpin, all of St. Louis, Mo., Willard P. Scott, New York City, Carl H. McClure, III, New Rochelle, N. Y. and DeLancey C. Smith, San Francisco, Cal., for appellants.

Russell L. Dearmont, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

FLOWER REALTY COMPANY, a corporation, et al., Appellants, v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, etc.

No. 14113.

United States Court of Appeals.
Eighth Circuit.

Sept. 14, 1950.

Cranston & Miller and Edward Chalgren, all of Minneapolis, Minn., for appellants.

Ed Dupree, General Counsel, Office of Housing Expediter, Benjamin Freidson, Attorney, Office of Housing Expediter, Washington, D. C., and William S. Kaplan, Chief, Litigation Section, Office of Housing Expediter, Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and consent of appellant.

Arne GOTAAS, Appellant, v. UNITED STATES of America.

No. 14210.

United States Court of Appeals
Eighth Circuit.

Sept. 5, 1950.

David A. Bourgin and William J. Kraker, Virginia, Minn., for appellant.

C. U. Landrum, United States Attorney, and T. H. Wangensteen, Assistant United States Attorney, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, for want of diligent prosecution, on motion of appellee.